**Electronically Filed
Supreme Court
SCWC-30158
12-SEP-2011
02:17 PM**

SCWC-30158

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOEL M.P. GIONSON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30158; CASE NO. 1P309-0026)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner's application for writ of certiorari filed

on August 1, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 12, 2011.

/s/ Mark E. Recktenwald

James S. Tabe, Deputy
Public Defender,          /s/ Paula A. Nakayama
on the application

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

